IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS JEMMERISON, <br> (TDCJ-ID #827864) <br> Plaintiff, <br><br> vs. <br><br> JAMES JOHN KRAVETZ, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br> CIVIL ACTION H-00-2272 |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on September 26, 2001, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

O:\SR\LHR\2000\00-2272 FJT